4298/5208 Kurowycky Meat Products
        -And-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees
of Greater New York
UFCW Local 342 Legal Fund UFCW Local 342 S E C Fund Commercial Health Care Fund Local 174 Retail Pension Fund

                                AWARD

APPEARANCES                                 For the Employer
                                              None
                                              For the Fund

                                              Adrienne Wincott
                                              Fund Administrator

In accordance with notice duly given, Arbitration was held on **July 25, 2007** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Commercial Health Care Fund, Local 174 Retail Pension Fund, Local 342 Legal Fund and Local 342 S E C Fund for the month(s) of May and June 2007

| | |
|---|---|
| Commercial Health Care Fund | $2,736.00 |
| Local 174 Retail Pension Fund | $1,872.00 |
| Local 342 Legal Fund | $ 32.00 |
| Local 342 S E C Fund | $ 24.00 |

Background

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 342 Legal Fund, Local 342 SEC Fund, Commercial Health Care Fund and Local 174 Retail Pension Fund.

                                        AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Fund Local 342, Legal Fund, and Local 342 SEC Fund. Commercial Health Care Fund, Local 174 Pension Fund

    The Employer Kurowycky Meat Products is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| **Commercial Health Care Fund** | $ 2,736.00 |
| **Local 342 Legal & Legal** | $ 56.00 |
| **Local 174 Retail Pension Fund** | $ 1,872.00 |
| **Interest 18 % per annum** | $ 1,896.00 |
| **Liquidated Damages 20%** | $ 932.80 |
| **Sub-Total** | $ 5,596.00 |
| **Attorneys' Fees** | $ 800.00 |
| **Cost of Arbitration** | $ 800.00 |
| **Total** | $ 7,196.80 |

Dated: July 25, 2007

                                            _William F. Clarke_ (signature)
                                            William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK
On this day of July 2007 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

                                    Adriana Sela
                              Notary Public, State of N.Y.      Notary Public
                                  No. 01SE6149196
                           Qualified in Richmond County
                          Commission Expires 07 / 03 / 2010