

|  | INDEX NO: 07civ 7801 |
|---|---|
| COUNTY OF | FILED ON: September 4, 2007 |
| UNITED STATES DISTRICT COURT | DISTRICT: Southern/NY |

*Richard Abondolo, as chairman of the Board of Trustees of UFCW Local 342 Commercial Health Care Fund, et. al.*

vs                                                                                                                    Plaintiff(s)

*Kurowycky Meat Products, Inc. a/k/a Kurowycky Meat Products*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 25, 2007_____, at __1:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons in a Civil Case with Petition to Confirm Arbitration Award_____, on _____Kurowycky Meat Products, Inc._____,

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __306 Business Corporation Law__.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by         ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: __47 years__   Approx. weight: __110 lbs.__   Approx. Ht.: __5' 1"__
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on __September 25, 2007__

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice·Work Order # 0707952