ANDREW JOHN CALCAGNO (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────X

RICHARD ABONDOLO, as Chairman of the Board of
Trustees of UFCW LOCAL 342 COMMERICAL
HEALTH CARE FUND; RICHARD ABONDOLO, as
Chairman of the Board of Trustees of UFCW LOCAL 174
RETAIL PENSION FUND; RICHARD ABONDOLO, as
Chairman of the Board of Trustees of UFCW LOCAL 342
SAFETY, EDUCATION, CULTURAL AND LEGAL
FUNDS,

    Petitioners,

    -against-

KUROWYCKY MEAT PRODUCTS, INC. a/k/a
KUROWYCKY MEAT PRODUCTS,

    Respondent.
───────────────────────────────X

Case No. 07-cv-7801(SAS)(MHD)
ECF CASE

**JUDGMENT BY**
**DEFAULT**

    This action having been commenced on September 4, 2007 by the Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Commercial Health Care Fund; Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Retail Pension Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Safety, Education, Cultural and Legal Funds, that maintain places of business at 540 West 48th Street, New York, New York 10036 and 166 East Jericho Turnpike, Mineola, New York 11501, by the filing of a Petition to Confirm an Arbitration Award, and a true copy of the Summons, Petition to Confirm an Arbitration Award, Rule 7.1 Statement, the assigned Judges' Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal,

USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing, having been served on the Respondent, Kurowycky Meat Products, Inc. a/k/a Kurowycky Meat Products ("Kurowycky" and/or the "Employer" and/or the "Respondent"), that maintains a last known place of business at 124 1st Avenue, New York, New York 10009, on September 25, 2007, by personal service on Carol Vogt, Auhtorized Agent in the Office of the Secretary of State of the State of New York, authorized to accept service on behalf of Respondent, and proof of service by the Special Process Server was filed via ECF, and the Respondent not having answered the Petition to Confirm an Arbitration Award, and the time for answering the Petition having expired, it is

**ORDERED, ADJUDGED AND DECREED**, that the Petitioners have judgment against the Respondent in the total amount of **$12,484.09** as follows:

a) Interest @18% per annum, in accordance with the Arbitration Award in the amount of **$1,896.00**;

b) Liquidated damages in the amount of twenty percent (20%), in accordance with the Arbitration Award in the amount of **$932.80**;

c) Arbitration Attorneys' fees, in accordance with the Arbitration Award in the amount of **$800.00**;

d) Arbitration fees, in accordance with the Arbitration Award in the amount of **$800.00**;

e) **Health Care Fund** in the amount of $2,736.00, plus pre-judgment interest at 9% per annum from July 25, 2007 through December 27, 2007 in the amount of $104.52 (2,736 * 9% = 246.24/365 = .67 * 156 = $104.52) for a total of **$2,840.52**;

f) **Pension Fund** in the amount of $1,872.00, plus pre-judgment interest at 9% per annum from July 25, 2007 through December 27, 2007 in the amount of $71.76 (1,872 * 9% = 168.48/365 = .46 * 156 = $71.76) for a total of **$1,943.76**;

g) **SEC & Legal Funds** in the amount of $56.00, plus interest at 9% per annum from July 25, 2007 through December 27, 2007 in the amount of $1.56 (56 * 9% = 5.04/365 = .01 * 156 = $1.56) for a total of **$57.56**;

h) Attorneys' Fees, costs and disbursements in connection with the enforcement of the Arbitration Award pursuant to ERISA § 1132(g)(2) in the amount of **$3,213.45**. See Invoice, a copy of which is attached hereto as **Exhibit C**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that additional attorneys' fees to collect the debt will be billed at the rate of $350.00 per hour.

Dated: New York, New York

                                              Honorable Shira A. Scheindlin  
                                              United States District Judge   1/7/08

This document was entered on the docket on _____.